UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JONATHAN LOYHAYEM,
individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

LIBERTY CAPITAL GROUP, INC.,
and
DOES 1-10, inclusive, and each of
them,

Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-559-JAK (ASx)

**ORDER RE JOINT STIPULATION
OF DISMISSAL OF ACTION OF
THE INDIVIDUAL CLAIMS WITH
PREJUDICE AND THE PUTATIVE
CLASS CLAIMS WITHOUT
PREJUDICE (DKT. 29)**

Based on a review of the Joint Stipulation of Dismissal of Action of the Individual Claims with Prejudice and the Putative Class Claims without Prejudice (the "Stipulation" (Dkt. 29)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed in its entirety with prejudice as to the individual claims of the named Plaintiff, and without prejudice as to the claims of the Putative Class alleged in the Complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 26, 2020

John A. Kronstadt
United States District Judge